UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                              CASE NO:

                                                   16-31281-KRH
Linda Dianne James,                                 CHAPTER 7

        Debtors.

**CONSENT ORDER GRANTING DEBTOR'S REDEMPTION MOTION**

This matter comes before the Court on the Debtors' Motion for Authority to Redeem Personal Property and Approval of Associated Financing and Attorney Fees Under 11 U.S.C. 722 ("Motion"), filed by Linda Dianne James ("Debtor"), with respect to personal property to which a secured interest is held by Virginia Credit Union, Inc. ("VACU").

It appearing that the Debtors have filed their Motion to redeem tangible, personal property and more particularly described as one (1) 2013 Hyundai Car, VIN, (KMPCT4AE7DU496589) ("Vehicle"), seeking redemption of said Vehicle on a value of $8135 to be financed through 722 Redemption Funding, Inc and seeking $600.00 in approved compensation to Debtors' counsel in relation to the Motion; and,

It further appearing that the parties have settled the matter regarding replacement value of the Vehicle, it is therefore,

ORDERED that the Vehicle shall be redeemed by the Debtors upon an agreed redemption value of $8,735.00, ("purchase funds"), and which amount shall be paid to VACU within thirty (30) days from the entry of this Order.  Upon

2

receipt of the purchase funds, VACU will release its lien interest in the Vehicle and will deliver to the Debtors documentation necessary to accomplish that end; and it is further,

ORDERED that if payment of $8,725.00 is not received by VACU within thirty (30) days from entry of this Order, the Debtors agree that the Vehicle shall be surrendered to VACU.

Dated: <u>Aug 30 2016</u>    <u>/s/ Kevin R Huennekens</u>
Kevin R Huennekens
United States Bankruptcy Judge

Entered on Docket: Aug 31 2016

Agreed by:

*/s/ Charles H Krumbein*  _____
Charles H. Krumbein, Va. Bar No. 01234
KRUMBEIN & ASSOCIATES, PLLC
1650 Willow Lawn Drive
Richmond, Virginia 23230
Tel: (804) 673-4358
Counsel for the Debtors

Seen:

/s/Harry Shaia
Harry Shaia
Chapter 7 Trustee
P.O. Box 23218-2499
Richmond, Virginia
harryshaia@spinella.com

### CERTIFICATION OF ENDORSEMENT

Pursuant to the Local Rules of this Court, I hereby certify that all necessary parties have endorsed this Order.

_____

### CERTIFICATE OF SERVICE

     I hereby certify that on this ___ day of _____ , 2016, I caused to be hard-delivered, e-mailed or mailed first class postage prepaid, a true copy of the foregoing proposed Order, to:

Charles H. Krumbein, Va. Bar No. 01234
KRUMBEIN & ASSOCIATES, PLLC
1650 Willow Lawn Drive
Richmond, Virginia 23230
Notice via ECF
Harry Shaia
Chapter 7 Trustee
P.O. Box 23218-2499
Richmond, Virginia

By Email @ harryshaia@spinella.com

P Matthew Roberts, Esq.
Counsel for VACU (no official appearance in this matter)
matt@godwinjonesandprice.com